No. 10639. The STATE OF MONTANA ex rel. GILBERT & BARKER MANUFACTURING COMPANY, a Massachusetts

corporation, RELATOR, *v.* The DISTRICT COURT of the First Judicial District of the State of Montana, in and for the County of Lewis and Clark and HONORABLE VICTOR H. FALL, Judge of said Court, RESPONDENTS.

385 P.2d 278.

Decided September 3, 1963.

PER CURIAM.

The application for the writ is denied, without prejudice, and the proceeding is dismissed.